■ MICHELE MILKIE, Appellant, v TOPS MARKETS, INC., et al., Respondents. [617 NYS2d 694] —Order unanimously modified on the law and as modified affirmed with costs to plaintiff in accordance with the following Memorandum: Because the record, when viewed most favorably to plaintiff, establishes that defendant Tops Markets, Inc. (Tops) had notice of the likelihood of criminal conduct by third parties that would endanger the safety of its patrons, Supreme Court erred in granting its motion for summary judgment (see, Waters v New York City Hous. Auth., 69 NY2d 225, 228; see generally, Nallan v Helmsley-Spear, Inc., 50 NY2d 507, 519; Newell v Swiss Reassurance Co., 181 AD2d 505, 506; Carroll v Ar De Realty Corp., 167 AD2d 216). The summary judgment motion of defendant Searcy Plaza Associates (Searcy) was properly granted because there was no evidence that Searcy had actual or constructive notice of such conduct (see, Cercone v Norstar Bank, 199 AD2d 987, lv denied 83 NY2d 756). We modify the order appealed from, therefore, by denying Tops' motion for summary judgment. (Appeal from Order of Supreme Court, Erie County, Wolf, Jr., J.—Summary Judgment.) Present— Balio, J. P., Lawton, Wesley, Doerr and Davis, JJ.

■ JEROME SMITH, Appellant, v ANTHONY K. SFEIR, JR., et al., Respondents. [617 NYS2d 694] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly granted summary judgment to defendants, landlords of the premises where plaintiff was injured. There is no evidence that defendants exercised such supervision and control over the premises at the time plaintiff was injured so as to render them liable to plaintiff (see, Lashway v King, 179 AD2d 919, 921; Firpi v New York City Hous. Auth., 175 AD2d 858, 859-860, lv denied 78 NY2d 864; Cavanaugh v Knights of Columbus Council 4360, 142 AD2d 202, lv denied 74 NY2d 604). The grant of summary judgment was not premature; plaintiff failed to demonstrate that further discovery would give rise to identifiable triable issues of fact (see, Jessup v Hedberg, 196 AD2d 857; Waterman v Yamaha Motor Corp., 184 AD2d 1029). (Appeal from Order of Supreme Court, Oneida County, Shaheen, J.—Summary Judgment.) Present—Balio, J. P., Lawton, Wesley, Doerr and Davis, JJ.